# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2192

_____

| | | |
|---|---|---|
| Danny Daggett, Sr., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Southern District of Iowa. |
| | * | |
| Bridgestone/Firestone, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: May 10, 2000
Filed: May 19, 2000

_____

Before BOWMAN, FLOYD R. GIBSON, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Danny Daggett, Sr. appeals from the order of the District Court[1] granting summary judgment in favor of Bridgestone/Firestone, Inc. ("Firestone") on Daggett's claims of disability discrimination and of retaliatory discharge in violation of Iowa public policy based on Daggett's filing of a worker's compensation claim against Firestone. For reversal, Daggett argues that the summary-judgment record shows the

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

existence of genuine issues of material fact and that the District Court therefore erred in granting summary judgment for Firestone.

Having considered the case, we conclude the District Court did not err in its grant of summary judgment. The undisputed evidence all points in one direction: that Firestone fired Daggett for legitimate attendance problems and that the decision to terminate his employment had nothing to do with his alleged disability or his worker's compensation claim. No error of law appears, and an opinion by this Court would add nothing of substantial value to the thorough and carefully reasoned opinion of the District Court. Accordingly, without further discussion the decision of the District Court is

AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-